# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:13-CV-9-GCM

|  |  |  |
|---|---|---|
| **MEDICAL FACETS NC, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **MEDICAL FACETS, LLC,** | ) | |
| **Defendant.** | ) | |
| | ) | |

 

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James J. Corbett,** filed February 13, 2013 [doc.# 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Corbett is admitted to appear before this court *pro hac vice* on behalf of defendant Medical Facets, LLC.

**IT IS SO ORDERED.**

Signed: February 22, 2013

Graham C. Mullen
United States District Judge