IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-00009GCM

| MEDICAL FACETS NC LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MEDICAL FACETS LLC, | ) | |
| Defendant. | ) | |

This matter is before the Court upon its own motion. The parties appeared for a status conference on August 7, 2014. Based upon discussions at the status conference, the Defendant represented that it had no objection to Plaintiff's Motion to Consolidate (Doc. No. 60). Accordingly, that motion is granted and Case No. 3:14cv422 is consolidated with this case. The Court also directed the parties to participate in a judicial settlement conference with Magistrate Judge David Keesler. All other motions will be held in abeyance pending the judicial settlement conference.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Consolidate (Doc. No. 60) is hereby GRANTED;

IT IS FURTHER ORDERED that the parties are directed to contact Judge Keesler's chambers within ten business days to schedule a date to appear for a judicial settlement conference, to be held as soon as is practicable and consistent with Judge Keesler's schedule; and

IT IS FURTHER ORDERED that all other pending motions are hereby held in abeyance pending the outcome of the judicial settlement conference.

Signed: August 8, 2014

Graham C. Mullen
United States District Judge