# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CV-009-GCM

| | |
|---|---|
| MEDICAL FACETS NC LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MEDICAL FACETS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 61) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at **9:30 a.m. on Wednesday, September 24, 2014**, in Courtroom #3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #3 and its attached conference rooms.

**SO ORDERED**.

Signed: August 25, 2014

David C. Keesler
United States Magistrate Judge